1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
LARRY G. PHILPOT,                   )
                                    )   No.  C20-1588RSL
                Plaintiff,          )
    v.                              )
                                    )   ORDER TO SHOW CAUSE
CLEARLY VEG,                        )
                                    )
                Defendant.          )
_____)

        This matter comes before the Court *sua sponte*.  The complaint in the above-captioned matter was filed on October 29, 2020. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m).  Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed.  Plaintiff shall file a responsive brief no later than February 18, 2021.  The Clerk of Court shall note this Order to Show Cause on the Court's calendar for Friday, February 19, 2021.

        DATED this 3rd day of February, 2021.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE