UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY PHILPOT,<br><br>            Plaintiff,<br><br>        vs.<br><br>CLEARLY VEG,<br><br>            Defendant. | NO.  C20-1588RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The above entitled case was filed on October 29, 2020. The Clerk of Court issued a Clerk's Entry of Default on April 6, 2021. No documents have been filed since April 6, 2021.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than January 27, 2022. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, January 28, 2022.

DATED this 12th day of January, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE